**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WENDELL RICE, et al.,

        Plaintiffs,

  v.

MCKESSON CORPORATION, et al.,

        Defendants.

                             /

No. C 12-05949 WHA

**ORDER TO SHOW CAUSE**

     Plaintiffs are **ORDERED TO SHOW CAUSE** why the unopposed motion by Teva
Pharmaceuticals USA Inc. to dismiss the claims of all plaintiffs except Wendell and Patricia Rice
should not be granted.  Plaintiffs opposition was due on December 11.  No opposition was filed.
It appears to the Court that this is an unopposed motion.  Any cause to the contrary shall be
submitted by **NOON** on **MONDAY, DECEMBER 24.**

     **IT IS SO ORDERED.**

Dated:   December 20, 2012.

                                     
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE