IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WENDELL RICE, et al.,

    Plaintiffs,

  v.

MCKESSON CORPORATION, et al.,

    Defendants.
                                           /

No. C 12-05949 WHA

**ORDER SHORTENING BRIEFING DEADLINES AND RESETTING HEARING**

       Prior orders twice denied plaintiffs' requests to stay the proceedings in favor of a hypothetical motion to remand. For reasons unknown, plaintiffs delayed filing that motion for remand until the normal 35-day calendar would not allow it to be heard on the same day as the pending misjoinder motion and motion to dismiss. Now that plaintiffs has filed the motion for remand, plaintiffs (joined by certain defendants) seek once again to stay the proceedings.

       In the interest of judicial efficiency the briefing deadlines on plaintiffs' motion to remand (Dkt. No. 58) are hereby modified as follows: defendants shall file their opposition to the motion to remand by **NOON ON MONDAY, DECEMBER 31**; plaintiffs shall file their reply by **NOON ON THURSDAY, JANUARY 3**. The hearing scheduled for January 31 is shall be **RESCHEDULED** to

**JANUARY 10**. The stipulated requests to extend the briefing schedule (Dkt. Nos. 60–61) are **DENIED**.

    **IT IS SO ORDERED.**

Dated: December 24, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE